UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| L3HARRIS MARITIME SERVICES, INC. f/k/a L-3 UNIDYNE, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>BAE SYSTEMS NORFOLK SHIP REPAIR INC., a Virginia corporation,<br>                Defendant. | Civil Action No.  2:23-cv-00259-RJK |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant BAE Systems Norfolk Ship Repair Inc. ("BAE Systems"), by counsel, submits this Motion for Summary Judgment as to all counts of Plaintiff L3Harris Maritime Services, Inc.'s Amended Complaint against BAE Systems. The grounds for this motion are set forth in the Memorandum filed contemporaneously herewith.

April 30, 2024

Respectfully submitted,

*/s/ Krystal B. Swendsboe*
Krystal B. Swendsboe (VA Bar No. 89614)
Rebecca J. Fiebig (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
kswendsboe@wiley.law
rfiebig@wiley.law
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendant BAE Systems*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, the foregoing was filed with the clerk using the CM/ECF system which will effectuate service to the following counsel for the Plaintiff, L3Harris Maritime Services, Inc.:

Matthew A. Lafferman (VA Bar No. 86187)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7303
matthew.lafferman@dentons.com

Steven M. Masiello
Joseph G. Martinez
DENTONS US LLP
1400 Wewatta Street, Suite 700
Denver, CO 80202
Telephone: 303-634-4355
Facsimile: 303-634-4400
steve.masiello@dentons.com
joe.martinez@dentons.com

*Counsel for L3Harris Maritime Services, Inc. f/k/a L-3 Unidyne, Inc.*

*/s/ Krystal B. Swendsboe*
Krystal B. Swendsboe (VA Bar No. 89614)
Rebecca J. Fiebig (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
kswendsboe@wiley.law
rfiebig@wiley.law
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendant BAE Systems*