UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| L3HARRIS MARITIME SERVICES, INC. f/k/a L-3 UNIDYNE, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>BAE SYSTEMS NORFOLK SHIP REPAIR INC., a Virginia corporation,<br><br>     Defendant. | No. 2:23-cv-00259-RJK |

**SATISFACTION OF JUDGMENT**

PLEASE TAKE NOTICE that Plaintiff and Defendant, by counsel, jointly advise the Court that Defendant has fully paid the Judgment Amount, plus interest, to Plaintiff, as set forth in the Judgment entered in the above-captioned case on October 25, 2024 (ECF No. 199). The Parties hereby request the Clerk of the Court to make an entry on the docket acknowledging the full and complete satisfaction of the Judgment.

Dated:  January 28, 2025

Respectfully submitted,

*/s/ Matthew A. Lafferman*
Matthew A. Lafferman (VA Bar No. 86187)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7303
matthew.lafferman@dentons.com

Steven M. Masiello
Joseph G. Martinez
DENTONS US LLP
1400 Wewatta Street, Suite 700
Denver, CO 80202
Telephone: 303-634-4355

*/s/ Krystal B. Swendsboe*
Krystal B. Swendsboe (VA Bar No. 89614)
Rebecca J. Fiebig (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
kswendsboe@wiley.law
rfiebig@wiley.law
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendant BAE Systems Norfolk Ship Repair Inc.*

Facsimile: 303-634-4400
steve.masiello@dentons.com
joe.martinez@dentons.com

*Counsel for Plaintiff L3Harris Maritime Services, Inc. f/k/a L-3 Unidyne, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, the foregoing was filed with the clerk using the CM/ECF system which will effectuate service to the following counsel for the Plaintiff, L3Harris Maritime Services, Inc.:

Matthew A. Lafferman (VA Bar No. 86187)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7303
matthew.lafferman@dentons.com

Steven M. Masiello
Joseph G. Martinez
DENTONS US LLP
1400 Wewatta Street, Suite 700
Denver, CO 80202
Telephone: 303-634-4355
Facsimile: 303-634-4400
steve.masiello@dentons.com
joe.martinez@dentons.com

*Counsel for Plaintiff L3Harris Maritime Services, Inc. f/k/a L-3 Unidyne, Inc.*

/s/ Krystal B. Swendsboe
Krystal B. Swendsboe (VA Bar No. 89614)
Rebecca J. Fiebig (pro hac vice)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
kswendsboe@wiley.law
rfiebig@wiley.law
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendant BAE Systems Norfolk Ship Repair Inc.*